IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

v.                           CRIMINAL NO. 13-50034-004

ROSEHELL HAMILTON                              DEFENDANT/MOVANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the Court is Defendant's pro se **Motion For Reduction of Sentence under the First Step Act (Doc. 234)**.

On February 11, 2014, Defendant was sentenced to 120 months imprisonment, 3 years supervised release, and a $20,000.00 fine after pleading guilty to possession with intent to distribute methamphetamine. (Docs. 90, 167.) Defendant's sentence was subsequently reduced to 100 months imprisonment pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendments 782 and 788. (Docs. 204, 205.)

There are a number of reforms in the First Step Act, but Section 404 is the only provision that applies retroactively to defendants who have already been sentenced. Section 404 permits district courts to reduce a sentence retroactively based on the revised statutory penalties of the Fair Sentencing Act of 2010. See First Step Act § 404(a). The Fair Sentencing Act of 2010 modified the statutory sentence range for crack cocaine offenses. Here, the Defendant was not sentenced for an offense involving crack cocaine. Defendant pled guilty and was sentenced for an offense involving methamphetamine. Accordingly, Defendant is not eligible for a sentence reduction under the First Step Act. See United States v. Guzman, No. 13-00565 HG-01, 2019 WL 1560872, *2 (D. Haw. Apr. 10, 2019).

Based on the foregoing, the undersigned recommends **DENYING** Defendant's **Motion (Doc. 234)**.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 21ST day of April 2019.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)